IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER BRYAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-CV-99-NJR-RJD |
| INLAND MARINE SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 29, 2017, the action is **DISMISSED with prejudice**.

DATED: October 2, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**